**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARACELIS RUFFOLO, DOMINIQUE BONSEIGNEUR, and BIANCA FAIRMAN, on behalf of themselves and all other plaintiffs similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>LASALLE GROUP, INC. and TAMYRA MIRACLE, individually,<br><br>                    Defendants. | Case No. 1:18-cv-03305<br><br>Honorable Harry D. Leinenweber<br><br>Magistrate Judge Daniel G. Martin |

# EXHIBIT A

# to

**DEFENDANT LASALLE GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION AND TO ISSUE NOTICE PURSUANT TO 29 U.S.C. §216(B)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARACELIS RUFFOLO, DOMINIQUE BONSEIGNEUR, and BIANCA FAIRMAN, on behalf of themselves and all other plaintiffs similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:18-cv-03305 |
| v. | )<br>) Honorable Harry D. Leinenweber |
| LASALLE GROUP, INC. and TAMYRA MIRACLE, individually, | )<br>)<br>) |
| Defendants. | )<br>) |

## DECLARATION OF TERRAN SALBEGO

1. I, Terran Salbego, pursuant to 28 U.S.C. 1746(2) declare under penalty of perjury the following:

2. I am over the age of eighteen. I am competent to testify and have personal knowledge of the matters stated herein.

3. I am currently employed by LaSalle Group, Inc. ("the Company") as the Regional Director of Operations for the Midwest region. I have held this position since January 2017.

4. As part of my job duties, I oversee the operations of the Autumn Leaves memory care and assisted living facilities in St. Charles, Illinois and South Barrington, Illinois locations.

5. LaSalle designs, develops, builds, manages, and owns Autumn Leaves memory care assisted living communities. Each LaSalle community has several different hourly positions, which may include caregivers, nurses, life engagement specialists, life engagement mangers, administrative managers, maintenance managers, housekeepers, cooks, and others depending on the individual community's operations and patient census. These positions report to different managers and work different schedules.

6. LaSalle's Employee Handbook policies, attached as Exhibit 1, provide that overtime is paid at one-and-one-half times the employee's regular rate of pay and must be approved in advance by the manager to whom the employee reports. *Id.* at p. 26.

7. Working unauthorized overtime is a policy violation subject to disciplinary action up to and including termination. *Id.*

8. Employees are prohibited from falsifying time entries or otherwise recording time for another employee. *Id.* at p. 27.

9. The Handbook also provides that 30-minute meal breaks are mandatory. Hourly employees have their meal break automatically deducted and are prohibited from performing compensable work during the meal break. LaSalle requires any employee whose meal break is interrupted to immediately report the interruption to his/her manager for the employee's time to be paid. *Id.* Employees are responsible for accurately reporting their time worked, and providing proper documentation when they forget to punch in or do not take meal breaks, including missed punch/missed lunch forms. *Id.* at p. 27.

10. Each LaSalle location differs regarding how lunch breaks are scheduled, how and to whom employees report that they did not take a lunch break or that their lunch break was interrupted, and what each location's management does to override the lunch break so that the employee is paid for those 30 minutes.

11. In November 2017, I reviewed the overtime reports for the South Barrington, Illinois location and found that that location had more overtime hours than was typical.

12. As a result, I contacted Executive Director, Tamyra Miracle, and we reviewed the overtime hours at the South Barrington location.

13. Miracle and I reviewed the Paycom time entries and found Plaintiffs Bonseigneur and Ruffolo had been working significant amounts of overtime over the past few months that was not typical for their positions. We found that Bonseigneur was modifying nearly all of both her own time entries and Ruffolo's time entries in the Paycom system between August 2017 and November 2017. Instead of Bonseigneur and Ruffolo each punching in at the beginning of their workday and punching out at the end of their workday using the Paycom system, Bonseigneur was editing both of their time entries to enter the punch in and punch out times after-the-fact.

14. We further found that Bonseigneur had modified Ruffolo's time entries to punch in and punch out on November 7 and November 9, 2017 – days that Ruffolo took off and had not worked at all.

15. LaSalle paid Bonseigneur and Ruffolo for the overtime recorded in Paycom, but they had not sought their manager's advance approval to work this overtime, and they had falsified time entries.

16. Their actions violated LaSalle's policy, and warranted their termination of employment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

[Signature on following page]

3

Executed this 9th day of November 2018.

*Terran Salbego*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARACELIS RUFFOLO, DOMINIQUE BONSEIGNEUR, and BIANCA FAIRMAN, on behalf of themselves and all other plaintiffs similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LASALLE GROUP, INC. and TAMYRA MIRACLE, individually,<br><br>Defendants. | Case No. 1:18-cv-03305<br><br>Honorable Harry D. Leinenweber |

# EXHIBIT 1

# TO

### DECLARATION OF TARRAN SALBEGO

# THE LaSALLE GROUP®

# Employee Handbook

## Effective August 1st 2016



LaSalle_000435

If an employee is aware of improper deductions from his/her salary, this violation should be reported immediately to their manager. All reported or suspected improper deductions from an exempt employees' pay will be promptly and thoroughly investigated. If the Company determines that improper deductions were made from an exempt employees' salary, the Company will promptly reimburse the employee the amounts improperly deducted. The Company will also ensure that improper deductions from pay do not occur in the future.

- **Full time:** Employees who are not in a temporary or interim status and who are regularly scheduled to work the Company's full-time schedule of at least 30 hours per week on a continual basis. Generally, these employees are eligible for the full benefits package, subject to the terms, conditions and limitations of each benefits program.

- **Part time:** Employees who are not in a temporary or interim status and who are regularly scheduled to work less than 30 hours per week. Part-time employees are eligible for some of the benefits offered by the Company subject to the terms, conditions and limitations of each benefits program.

- **Temporary:** Employees who are hired as interim replacements to temporarily supplement the workforce or to assist in the completion of a specific project and who are temporarily scheduled to work the Company's full-time schedule for a limited duration. Employment beyond any initially stated period does not in any way imply a change in employment status. Generally, these employees are ineligible for the full benefits package.

**Payment of Wages**

The Company complies with all Federal and State mandated laws related to payment of wages. Please review your specific state laws for clarification.

Bi-weekly payroll is paid every other Friday. Salaried payroll is paid on the 15th and the end of each month.

Each paycheck includes pay for all work performed through the end of the previous payroll period.

If a payday falls on a holiday, you will be paid on the last workday before that payday. If a payday falls on a weekend, you will be paid the previous business day.

It is the Company's policy that employee paychecks will only be given personally to that employee or their authorized designee.

The payroll schedule may be found in the breakroom or accessed through your Executive Director.

**Time Reporting**

The workday is defined as the 24-hour period starting at 12:00 a.m. Monday and ending Sunday at 11:59 p.m. The workweek covers seven consecutive days beginning on Monday and ending on Sunday.

Caregiver employees are required to come in 15 minutes prior to their scheduled start time to go over duties and needs of our residents with the previous shift. In special circumstances, staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in the total hours that may be scheduled each day and week. In such instances, your manager will communicate the changes as far in advance as possible.

Overtime is defined as hours worked by an hourly or nonexempt employee in excess of 40 hours in a workweek. Overtime is paid at one and one half times the employee's regular rate of pay. Overtime must be approved in advance by the manager to whom the employee reports. Working unauthorized overtime is a violation of this policy and may lead to disciplinary action, up to and including termination. Pay for time not worked, including PTO, leave, etc. will not be included in calculating overtime.

Employees must regularly review their time record. Each employee will ensure an accurate daily record of his or her hours worked. Any and all discrepancies must be reported to your manager, immediately. Proper documentation, i.e., missed punch and/or missed lunch forms, are required.

Employees are responsible for accurately recording all time worked. Nonexempt employees are prohibited from working during time that they are not scheduled by their manager to be working ("off-the-clock"). All time worked for the Company must be accurately recorded. Employees are prohibited from tampering with or falsifying a time card or otherwise recording time for another employee.

**Absences/Late Arrivals/Early Departures**

You are responsible for reporting to work on time. If you are going to be late or absent, you must notify your Executive Director or manager by telephone as soon as possible in advance of the anticipated tardiness or absence, but in any event at least two (2) hours prior to your starting time. Unless your manager directs otherwise, or you are on an authorized leave, notice of absence must be given each day you will be tardy or absent. If an employee needs to leave early, they are to ask their manager as early as possible if the request can be accommodated.

Absences from work for one (1) day without notifying your manager will be considered a voluntary resignation on the part of the employee. In addition, the Company may terminate employment at any time, with or without notice, if attendance or tardiness is deemed unacceptable by management.

**Meal and Break Periods**

The scheduling of meal periods is set by the employee's manager with the goal of providing the least possible disruption to Company operations. Mandatory meal periods are important to Company productivity and employee health. Employees will be provided a meal break of either 30 minutes or 60 minutes. Hourly community employees are not allowed to leave the Company property during breaks. The meal period will not be included in the total hours of work per day and is not compensable. Hourly community employees will have their meal period automatically deducted each shift and are prohibited from performing any compensable work during a meal break. If an employee's meal break is interrupted, the employee must immediately report the interruption to their manager in order for the employee's time to be adjusted as paid time.

LaSalle_000461

Employees are permitted a paid 10 to 15-minute rest break for every consecutive four hours of work.

Neither the meal period nor the rest break(s) may be used to account for an employee's late arrival or early departure or to cover time off for other purposes—for example, rest breaks may not be accumulated to extend a meal period, and rest breaks may not be combined to allow one half-hour long break.

**Payroll Advance Policy**

After ninety (90) days of employment, regular full time employees are eligible to request a payroll advance when circumstances defined as unforeseen, unplanned and unavoidable require the employee to secure funds on short notice. An employee may receive no more than one (1) pay advance in a rolling twelve (12) month period. The amount requested for an advance must be at least $100.00 and cannot exceed $500.00. The Company has the sole and full discretion to deny a request for a payroll advance. Any employee who accepts an advance on wages authorizes the Company to deduct the full amount of the advance from the employee's final pay check if the employee terminates employment prior to paying back the payroll advance. There is a $10 administration fee that applies. A request form is available from your manager. This program may be terminated at any time.

**Referral Awards Policy**

The Company maintains a referral award program which provides financial incentives to current employees who refer qualified employees and/or residents.

*Employee Referrals*

An employee will be eligible for the employee referral bonus award once the referred employee has been employed 90 days. In order to be eligible for the award, the name of the employee making the referral must be on the employment application and filled out at the time of applying.

Former employees and interns do not qualify as referred candidates. Additional referral awards for certain positions or communities may be increased from time to time based on staffing needs in the sole discretion of the Company. Refer to the latest Human Resources News for the referral awards based on position.

*Resident Referrals*

The resident referral bonus award is paid to the referring employee after the resident has lived in the community for 60 days. The resident/family member must provide the referring employee's name at the time of tour or move-in in order for the referral to qualify. A request form is available from your manager.

## PERFORMANCE MANAGEMENT

**Performance Evaluation and Salary Review**

Performance evaluations are conducted after 90 days of employment and generally on an annual cycle. Employees are encouraged to complete their self-review, which is submitted to their manager. The performance evaluation will be discussed, and both the employee and manager