**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARACELIS RUFFOLO, DOMINIQUE BONSEIGNEUR, and BIANCA FAIRMAN, on behalf of themselves and all other plaintiffs similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LASALLE GROUP, INC. and TAMYRA MIRACLE, individually, <br><br> Defendants. | ) ) ) ) ) Case No. 1:18-cv-03305 ) ) Honorable Harry D. Leinenweber ) ) Magistrate Judge Daniel G. Martin ) ) ) ) |

# EXHIBIT B

# to

**DEFENDANT LASALLE GROUP, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION AND TO ISSUE NOTICE PURSUANT TO 29 U.S.C. §216(B)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARACELIS RUFFOLO, DOMINIQUE BONSEIGNEUR, and BIANCA FAIRMAN, on behalf of themselves and all other plaintiffs similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LASALLE GROUP, INC. and TAMYRA MIRACLE, individually, <br><br> Defendants. | Case No. 1:18-cv-03305 <br><br> Honorable Harry D. Leinenweber |

## DECLARATION OF TAMYRA MIRACLE

1. I, Tamyra Miracle, pursuant to 28 U.S.C. 1746(2) declare under penalty of perjury the following:

2. I am over the age of eighteen. I am competent to testify and have personal knowledge of the matters stated herein.

3. I am currently employed by LaSalle Group, Inc. ("the Company") as the Executive Director of Autumn Leaves South Barrington. I have held this position since May 2017.

4. As part of my job duties, I oversee the operations of the Autumn Leaves memory care and assisted living facilities in South Barrington, Illinois.

5. At the South Barrington location, the administrative manager, the life engagement specialist, the life engagement manager, and the maintenance manager report to me and are expected to work weekdays from 9 a.m. to 5 p.m. Housekeepers and cooks report to me and are expected to work from 9 a.m. to 5 p.m. Caregivers and nurses report to the director of healthcare and work first shift, second shift, or third shift to provide round-the-clock patient care.

6. Hourly employees at South Barrington are required to record their time using the Paycom system. To use Paycom, each employee has a unique username and password. When an

employee starts her shift, she uses a computer located inside the facility to log in to Paycom and punch in for that day. At the end of the employee's shift, she uses the same computer to log in to Paycom and punch out for that day.

7. At South Barrington, only the director of healthcare, the administrative manager, and the executive director have access to modify time entries in Paycom. If an employee forgets to punch in or out, she must notify her manager and submit a missed punch form so that her manager can correct her time entry in Paycom.

8. If an employee works through or has an interrupted meal break and that break is not otherwise taken later in the day, the employee informs her manager and, in most circumstances, fills out a missed punch/missed lunch form.

9. When the employee's manager is informed of the missed or interrupted lunch, the manager then enters a lunch override for that employee in Paycom on that day, and the employee is paid for their entire 30-minute meal period.

10. In November 2017, Terran Salbego called me to discuss overtime reports for South Barrington because this location had more overtime hours than was typical.

11. Salbego and I reviewed the Paycom time entries and found Plaintiffs Bonseigneur and Ruffolo had been working significant amounts of overtime over the past few months that was not typical for their positions. For example, Ruffolo's time entries included 20.05 hours of overtime between October 30, 2017 and November 12, 2017. As another example, Bonseigneur's time entries included 20.99 hours of overtime between October 16, 2017 and October 29, 2017. Attached as Exhibit 1 are true and correct copies of the paystubs showing these overtime hours.

12. We found that Bonseigneur was modifying nearly all of both her own time entries and Ruffolo's time entries in the Paycom system between August 2017 and November 2017.

Instead of Bonseigneur and Ruffolo each punching in at the beginning of their workday and punching out at the end of their workday using the Paycom system, Bonseigneur was editing both of their time entries to enter the punch in and punch out times after-the-fact.

13. We further found that Bonseigneur had modified Ruffolo's time entries to punch in and punch out on November 7 and November 9, 2017 – days that Ruffolo took off and had not worked at all. Attached as Exhibit 2 is a true and correct copy of my calendar for those days showing that Ruffolo ("Alice") had requested and taken days off on November 7 and November 9, 2017.

14. LaSalle paid Bonseigneur and Ruffolo for the overtime recorded in Paycom, but they had not sought my advance approval to work this overtime, and they had falsified time entries.

15. Their actions violated LaSalle's policy, and warranted their termination of employment. On November 28, 2017, I met separately with Bonseigneur and Ruffolo and informed them that their employment was terminated effective immediately.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

[Signature on following page]

3

Executed this 9th day of November 2018.

_____
Tamyra Miracle

36302557.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARACELIS RUFFOLO, DOMINIQUE BONSEIGNEUR, and BIANCA FAIRMAN, on behalf of themselves and all other plaintiffs similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LASALLE GROUP, INC. and TAMYRA MIRACLE, individually, <br><br> Defendants. | Case No. 1:18-cv-03305 <br><br> Honorable Harry D. Leinenweber |

# EXHIBIT 1

# TO

### DECLARATION OF TAMYRA MIRACLE

## Earnings Statement

**DOMINIQUE BONSEIGNEUR**

| | | | |
|---|---|---|---|
| Pay Date: 11/03/2017 | Company: 0I415 - LASALLE GROUP INC | | Emp #: A3U8 |
| Period Start: 10/16/2017 | 545 E JOHN CARPENTER FWY SUITE 500 | | Dept: 29 - S Barrington |
| Period End: 10/29/2017 | IRVING  TX  75062   (214) 845-4500 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular Hourly | 16.08 | 80.00 | 1286.40 | 25547.36 |
| Holiday Worked | 24.12 | 0.00 | 0.00 | 635.55 |
| Overtime | 24.12 | 20.99 | 506.28 | 5462.24 |
| Paid Time Off Hourly | 16.08 | 0.00 | 0.00 | 950.14 |
| Bereavement Hourly | 15.50 | 0.00 | 0.00 | 124.00 |
| Bonus | | | 0.00 | 1039.80 |
| Retro Dollars | | | 0.00 | 355.30 |
| Training | 16.08 | 0.00 | 0.00 | 195.08 |
| **Gross** | | 100.99 | 1792.68 | 34309.47 |
| **W/H Taxes** | | | | |
| Federal W/H(M/3) | | | 97.13 | 1891.79 |
| Medicare | | | 24.46 | 492.91 |
| Social Security | | | 104.57 | 2107.48 |
| Illinois State W/H(C/3) | | | 71.07 | 1194.44 |
| **Deductions** | | | | |
| Advance | | | 0.00 | 510.00 |
| Dental Pretax High | | | 13.25 | 39.75 |
| Medical Pretax Option B | | | 90.00 | 270.00 |
| Vision Pretax | | | 2.81 | 8.43 |
| **Net Pay** | | | 1389.39 | 27794.67  Voucher No. 103591291DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 1189.39 | 27194.67 A/C:6332 |
| Direct Dep. Distribution 1 | | 200.00 | 600.00 A/C:0272 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life/AD&D ER Paid * | 2.69 | 57.28 | *Memo Only | |
| Dental High Plan ER Portion * | 1.03 | 3.09 | *Memo Only | |
| Medical Plan B ER Portion * | 325.00 | 892.60 | *Memo Only | |
| PTO Hours | 3.69 | 98.91 | 69.00 | 29.91 |

LaSalle_000044

Earnings Statement                                                                ALICE RUFFOLO

| | | | | | |
|---|---|---|---|---|---|
| Pay Date: | 11/17/2017 | Company: 0I415 - LASALLE GROUP INC | | | Emp #: A59Q |
| Period Start: | 10/30/2017 | 545 E JOHN CARPENTER FWY SUITE 500 | | | Dept: 29 - S Barrington |
| Period End: | 11/12/2017 | IRVING  TX  75062  (214) 845-4500 | | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular Hourly | 15.00 | 72.00 | 1080.00 | 18264.51 |
| Holiday Worked | 22.50 | 0.00 | 0.00 | 694.94 |
| Overtime | 22.50 | 20.05 | 451.13 | 3129.10 |
| Paid Time Off Hourly | 15.00 | 0.00 | 0.00 | 120.00 |
| Bonus | | | 0.00 | 246.55 |
| Training | 15.00 | 8.00 | 120.00 | 120.00 |
| **Gross** | | 100.05 | 1651.13 | 22575.10 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 220.59 | 2757.38 |
| Medicare | | | 23.58 | 325.94 |
| Social Security | | | 100.84 | 1393.55 |
| Illinois State W/H(M/0) | | | 80.51 | 988.21 |
| **Deductions** | | | | |
| Dental Pretax High | | | 24.74 | 98.96 |
| **Net Pay** | | | 1200.87 | 17011.06  Voucher No. 106653680DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1200.87 | 17011.06  A/C:0501 |

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Basic Life/AD&D ER Paid * | 2.53 | 10.12 | *Memo Only | |
| Dental High Plan ER Portion * | 3.85 | 15.40 | *Memo Only | |
| PTO Hours | 3.38 | 40.94 | 16.00 | 24.94 |

---

Voucher No. 106653680DD

LASALLE GROUP INC
545 E JOHN CARPENTER FWY SUITE 500          DATE: 11/17/2017
IRVING, TX   75062

Dept: 29

**Net Pay:**                                                                 1200.87

One Thousand Two Hundred And 87/100 Dollars

ALICE RUFFOLO
38W041 SIDNEY COURT                          **For Record Purposes Only**
ST CHARLES, IL  60175                        **\*\*NON-NEGOTIABLE\*\***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARACELIS RUFFOLO, DOMINIQUE BONSEIGNEUR, and BIANCA FAIRMAN, on behalf of themselves and all other plaintiffs similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LASALLE GROUP, INC. and TAMYRA MIRACLE, individually,<br><br>Defendants. | Case No. 1:18-cv-03305<br><br>Honorable Harry D. Leinenweber |

# EXHIBIT 2

# TO

### DECLARATION OF TAMYRA MIRACLE



Jul 23 2018 11:02:50 Via Fax -> 2244843248 (1) Forum Extended C Page 001 Of 001

LaSalle_000679



LaSalle_000680